# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

_____

LISA MATSON, on behalf of herself and those
similarly situated,
4 Woodcrest Drive
Easthampton, NJ 08060,
       Plaintiff,

   v.

SCO, SILVER CARE OPERATIONS, LLC
d/b/a ALARIS HEALTH AT CHERRY
HILL,
1417 Brace Road
Cherry Hill, NJ 08034

     And

SOUTH CENTER STREET NURSING LLC
d/b/a ALARIS HEALTH AT ST. MARY'S,
135 South Center Street
Orange, NJ 07050

     And

AVERY EISENREICH,
1347 E.23rd St.
Brooklyn, NY 11210

     Defendants.
_____

Civil Action No.:
17-cv-01918 (NLH)(KMW)

ORDER DISMISSING CERTAIN
CAUSES OF ACTION

    At a session of the Court held before the Honorable Noel. L. Hillman, U.S.D.J. at the United States Courthouse for the District of New Jersey located at 4th and Cooper Streets, Camden, New Jersey on _____, 2017,

    This cause came on to be heard on the motion of Defendants SCO, Silver Care Operations,

LLC d/b/a Alaris Health at Cherry Hill, South Center Nursing Home LLC d/b/a Alaris at St. Mary's, and Avery Eisenreich to dismiss the action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for a collective action, for a class action, for a civil conspiracy in Count III, and for all claims against Avery Eisenreich, it appearing to the Court that the Plaintiff has failed to state a claim for these causes of action upon which relief may be granted, it is

    ORDERED that motion be and is granted and that the Complaint be dismissed with prejudice with costs to the Defendants with respect to claims for a collective action, for a class action, for a civil conspiracy, and for all claims against Avery Eisenreich, and it is further

    ORDERED that Defendants recover their attorneys' fees from the Plaintiff.

Dated: _____, 2017

                                              _____
                                              Hon. Noel L. Hillman, U.S.D.J.