UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA MATSON, on behalf of herself and those similarly situated, | 1:17-cv-1918-NLH-AMD  **ORDER** |
| Plaintiff, | |
| v. | |
| SCO, SILVER CARE OPERATIONS, LLC d/b/a ALARIS HEALTH AT CHERRY HILL; SOUTH CENTER STREET NURSING LLC d/b/a ALARIS HEALTH AT ST. MARY'S; AVERY EISENREICH; and ALARIS HEALTH, LLC, | |
| Defendants. | |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  19th  day of   May   , 2020

ORDERED that Plaintiff's Motion for Settlement Approval (ECF No. 60) be, and the same hereby is, GRANTED; and it is further

ORDERED that this action is hereby administratively terminated; and it is further

ORDERED that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

ORDERED that the parties are granted leave, but are not required, to file a letter brief on the Docket within fourteen

(14) days of the filing of this Order addressing any of the Court's concerns addressed in the accompanying Opinion which the Clerk shall construe as a Motion for Reconsideration; and it is further

ORDERED that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

ORDERED that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

                                                            s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.